FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:19MJ193 |
| v. | ) | |
| | ) | |
| DAVE B. ALBERT, | ) | Court Date: May 6, 2019 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION
(Misdemeanor 7517074)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 23, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, DAVE B. ALBERT, did unlawfully steal, purloin, or knowingly convert to his use or the use of another, property of the United States or any department or agency thereof, specifically: Seven (7) grocery items including sausage, water, cheese, jerky, crab meat, and batteries, the property of the United States Army and Air Force Commissary, said property having a value of less than One Thousand Dollars ($1,000).

(In violation of Title 18, United States Code, Section 641)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

Amanda R. Williams
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Amanda.R.Williams@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this 22nd day of April, 2019 to the defendant at:

Dave B. Albert
911 Aspen Park Court
Lorton, Virginia 22079

By: _____
Amanda R. Williams
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Amanda.R.Williams@usdoj.gov